IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Donald E. Gantzer,                      :

        Plaintiff                     :        Civil Action 2:09-cv-00295

v.                                      :        Judge Frost

Timothy R. Langley, *et al.*,           :        Magistrate Judge Abel

        Defendants                    :

**ORDER**

Plaintiff Donald E. Gantzer brings this action alleging personal injury and damages arising from a tractor trailer/automobile accidence that occurred in Franklin County, Ohio August 5, 2007. This matter is before the Court on Magistrate Judge Abel's June 2, 2009 Report and Recommendation that plaintiff's May 6, 2009 motion for to remand (doc. 7) be denied. No objections were filed to the Report and Recommendation.

Upon *de novo* review in accordance with the provisions of 28 U.S.C. §636(b)(1)(B), the Court **ADOPTS** the Report and Recommendation and **DENIES** plaintiff's May 6, 2009 motion for remand. (Doc. 7.)

                                                                           /s/ Gregory L. Frost
                                                                           Gregory L. Frost
                                                                           United States District Judge